Huguenot Trust Company v. Robert D. Ireland, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.